# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIANCA HIDALGO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA SHORT TERM DISABILITY PLAN, an ERISA plan; AETNA LIFE INSURANCE COMPANY, a corporation; DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV13-04247 DMG(Ex)<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [25]** |

The parties have stipulated that this matter has been resolved in its entirety with each side to bear their own attorneys' fees and costs. Therefore, the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: April 3, 2014

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE